JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | No. 2:18-cv-02448-JFW (GJSx) |
| Plaintiff, | |
| v. | **ORDER APPROVING SETTLEMENT AND DISMISSING CASE** |
| UNITED STATES BUREAU OF LAND MANAGEMENT, and UNITED STATES FOREST SERVICE, | |
| Defendants. | |

Upon consideration of the Parties' Stipulated Settlement Agreement, the Parties' Joint Stipulation of Dismissal is APPROVED and this case is hereby DISMISSED with prejudice. The terms and conditions of the Settlement Agreement are incorporated by reference into this Order and the Court retains jurisdiction for the purpose of enforcing the terms of the parties' Settlement Agreement (Dkt. No. 18-1).

IT IS SO ORDERED.

Dated: August 17, 2018

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

1